```
 1 │ Lindsay Demaree
   │ Nevada Bar No. 11949
 2 │ BALLARD SPAHR LLP
   │ 100 North City Parkway, Suite 1750
 3 │ Las Vegas, Nevada 89106-4617
   │ Telephone:  702.471.7000
 4 │ Facsimile:  702.471.7070
   │ demareel@ballardspahr.com
 5 │
   │ Attorneys for Defendant
 6 │ Springleaf Financial Services, Inc.
```

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| CHARLES MCCURRY, | CASE NO. 2:16-cv-00172-GMN-VCF |
| Plaintiff, | |
| v. | JOINT MOTION TO DISMISS DEFENDANT SPRINGLEAF FINANCIAL SERVICES, INC. |
| BANK OF AMERICA, N.A.; MILITARY STAR; OCWEN LOAN SERVICING, LLC; SELECT PORTFOLIO SERVICING, INC., SPRINGLEAF FINANCIAL SERVICES; WELLS FARGO FINANCIAL CARDS; EQUIFAX INFORMATION SERVICES, LLC; and EXPERIAN INFORMATION SOLUTIONS, LLC, | |
| Defendants. | |

Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, Plaintiff Charles McCurry ("Plaintiff") and Defendant Springleaf Financial Services, Inc. ("Springleaf"), move this Court to dismiss with prejudice (i) Plaintiff's claim against Springleaf only, and (ii) the allegations contained in paragraph 54 of the Complaint (Doc. No. 1), which allegations form the basis of Plaintiff's claim against Springleaf. Each party will bear its own costs, disbursements, and attorneys' fees.

///

///

DMWEST #14704193 v1

Dated: August 9, 2016.

HAINES & KRIEGER, LLC

By: /s/ *David H. Krieger*
David H. Krieger
Nevada Bar No. 9086
8985 S. Eastern Avenue, Suite 350
Henderson, Nevada 89123
(702) 880-5554
dkrieger@hainesanadkrieger.com

*Attorneys for Plaintiff*

Dated: August 9, 2016.

BALLARD SPAHR LLP

By: /s/ *Lindsay Demaree*
Lindsay Demaree
Nevada Bar No. 11949
100 North City Parkway, Suite 1750
Las Vegas, Nevada 89106

*Attorneys for Defendant
Springleaf Financial Services, Inc.*

IT IS SO ORDERED.

**IT IS FURTHER ORDERED** that Defendant Springleaf Financial Services, Inc.'s Motion to Compel Arbitration (ECF No. 45) is **DENIED as moot**.

_____
UNITED STATES DISTRICT JUDGE
DATED this 10 day of August, 2016.