# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\*\*\*

CHARLES W. MCCURRY,

        Plaintiff,

vs.

BANK OF AMERICA, N.A., *et al.*,

        Defendants.

2:16-cv-00172-GMN-VCF

**ORDER**

      Before the Court are Motion to Compel Discovery from Ocwen Loan Servicing, LLC and Request for Sanctions (ECF No. 56), Ocwen Loan Servicing, LLC's Motion for Relief From Admissions (ECF No. 64), and Ocwen Loan Servicing's Motion to Extend Discovery Deadlines and Dispositive Deadline (ECF No. 67).

      IT IS HEREBY ORDERED that a hearing on Motion to Compel Discovery from Ocwen Loan Servicing, LLC and Request for Sanctions (ECF No. 56), Ocwen Loan Servicing, LLC's Motion for Relief From Admissions (ECF No. 64), and Ocwen Loan Servicing's Motion to Extend Discovery Deadlines and Dispositive Deadline (ECF No. 67) is scheduled for 11:00 a.m., October 28, 2016, in Courtroom 3D.

      DATED this 7th day of October, 2016.

                                          CAM FERENBACH
                                          UNITED STATES MAGISTRATE JUDGE