**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

\*\*\*

CHARLES W. MCCURRY,

        Plaintiff,

vs.

BANK OF AMERICA, N.A., *et al.*,

        Defendants.

2:16-cv-00172-GMN-VCF

**ORDER**

    Due to a conflict on the court's schedule,

    IT IS HEREBY ORDERED that the hearing on Plaintiff's Motion to Compel Discovery from Ocwen Loan Servicing, LLC and Request for Sanctions (ECF No. 83) scheduled for 11:00 AM, April 19, 2017 is VACATED and RESCHEDULED to 10:00 AM, April 18, 2017, in Courtroom 3D.

    The parties must confer and agree to a date, time and location for Rule 30(b)(6) witness deposition (ECF No. 56-1) prior to the hearing.

    IT IS SO ORDERED.

    DATED this 5th day of April, 2017.

                                 _____
                                 CAM FERENBACH
                                 UNITED STATES MAGISTRATE JUDGE