# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\*\*\*

CHARLES W. MCCURRY,

        Plaintiff,

vs.

BANK OF AMERICA, N.A., *et al.*,

        Defendants.

2:16-cv-00172-GMN-VCF

**ORDER**

    The Court has been notified that the parties have reached a settlement agreement (ECF No. 95).

    IT IS HEREBY ORDERED that the 30(b)(6) deposition set for June 1, 2017 is VACATED.

    IT IS FURTHER ORDERED that the Dispositive Motion deadline and Joint Pretrial Order deadline are VACATED.

    IT IS FURTHER ORDERED that the parties must file a proposed stipulation and order for dismiss on or before June 21, 2017.

    IT IS SO ORDERED.

    DATED this 27th day of April, 2017.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE