David H. Krieger, Esq.
Nevada Bar No. 9086
HAINES & KRIEGER, LLC
8985 S. Eastern Avenue, Suite 350
Henderson, Nevada 89123
Phone: (702) 880-5554
FAX: (702) 385-5518
Email: dkrieger@hainesandkrieger.com

Attorneys for Plaintiff,
CHARLES W. MCCURRY

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| CHARLES W. MCCURRY,<br><br>Plaintiff,<br><br>vs.<br><br>BANK OF AMERICA, N.A.; MILITARY STAR; OCWEN LOAN SERVICING, LLC; SELECT PORTFOLIO SERVICING, INC.; SPRINGLEAF FINANCIAL SERVICES; WELLS FARGO FINANCIAL CARDS; EQUIFAX INFORMATION SERVICES, LLC; and EXPERIAN INFORMATION SOLUTIONS, INC.,<br><br>Defendants. | CASE NO. **2:16-cv-00172-GMN-VCF**<br><br>**STATUS REPORT ON NOTICE OF SETTLEMENT** |

On or about 4/20/2017, CHARLES W. MCCURRY (the "Plaintiff") and

OCWEN LOAN SERVICING, LLC (the "Defendant" or "OCWEN")(hereinafter

collectively the "Settling Parties") settled their respective disputes in this matter.

While dismissal paperwork has not yet been filed, the Settling Parties have

negotiated the final terms of a proposed settlement agreement and the settlement terms are being executed.

The specific delays in filing dismissal paperwork resulted from a natural time delay in finalizing agreeable credit reporting data to be reported on the Plaintiff's credit report. The Settling Parties both had to consult with their clients to finalize the data which was agreeable to be published by the Defendant. Accordingly, additional time was required to finalize settlement and fulfill the Settling Parties' settlement obligations.

The Settling Parties expect to have all outstanding settlement issues resolved within thirty (30) days.

Respectfully submitted June 19, 2017

/s/ David H. Krieger, Esq.
David H. Krieger, Esq.
8985 S. Eastern Avenue, Suite 350
Henderson, Nevada 89123
 (702) 880-5554
dkrieger@hainesandkrieger.com

Attorneys for Plaintiff
**CHARLES W. MCCURRY**

IT IS HEREBY ORDERED that the proposed stipulation and order for dismissal must be filed on or before July 21, 2017.

IT IS SO ORDERED

_____
United States Magistrate Judge

Dated: 6-21-2017

2